**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mr. Julio Avael, III
Street, Apt. or PO Box No.: 15483 SW 146th Terrace
City, State, Zip: Miami, Fl 33196

PS Form 3800, August 2006          See Reverse for Instructions

7011 2000 0002 1065 0148

CERTIFIED MAIL™

18-13147 (CCC)