UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ACP GP, LLC,** *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>**MOTIVATIONAL COACHES OF AMERICA, INC.,** *et al.,*<br><br>    Defendants. | **Civil Action No. 18-13147-CCC-ESK**<br><br><br>**ORDER** |

      **THIS MATTER** having come before the Court on the "Motions and Motions to Set Aside Clerk's Entry of Default and Motion to Dismiss" (the "Motion") of Julio Avael ("Avael") received and filed by the Court on January 13, 2020 (ECF No. 48); and plaintiffs having consented to vacating the default against Avael on the record during the telephone status conference on January 29, 2020 (ECF No. 53, p. 10):

      **IT IS** on this  28th day of February 2020  **ORDERED** that:

1. Avael's request to set aside default is hereby **GRANTED**; and

2. Default against Avael (minute entry after ECF No. 44) is hereby vacated.

3. All other requests in the Motion are hereby **DENIED**.  Additionally, this Order shall not affect any other pending motions in this matter.

                                                                           */s/ Edward S. Kiel*
                                                                        **Edward S. Kiel**
                                                                        **United States Magistrate Judge**