# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ACP GP, LLC,** *et al.,*<br><br>      **Plaintiffs,**<br><br>v.<br><br>**MOTIVATIONAL COACHES OF AMERICA, INC.,** *et al.*,<br><br>      **Defendants.** | **Case No. 18-cv-13147-CCC-ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on April 6, 2020 and for good cause shown,

**IT IS** on this **6th** day of **April 2020  ORDERED** that:

1. A telephone status conference is scheduled for **May 8, 2020 at 10:00 a.m.** before Magistrate Judge Edward S. Kiel. The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2. The parties shall respond to written discovery requests that were previously propounded pursuant to the Court's Order of January 29, 2020 (ECF No. 50) on or before **May 7, 2020**.

3. Plaintiffs may respond to defendant Julio Avael's request to stay discovery (ECF No. 52) on or before **April 20, 2020**.

                                                         */s/ Edward S. Kiel*
                                                         **Edward S. Kiel**
                                                         **United States Magistrate Judge**